# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

IN RE:                              )    CASE NO.  17-40669-JDP
                                    )
**CHAD EUGENE ROBERTS**             )
                                    )
SSN: XXX-XX-8845                    )    CHAPTER 13
                                    )
       **Debtor**         )
_____ )

### AMENDED ORDER TO EMPLOYER TO PAY TRUSTEE

      The above named debtor has a Chapter 13 proceeding pending before this Court.  Pursuant to the provisions of 11 U.S.C. § C1301 et. seq. and debtor's repayment plan, debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the purpose of consummating debtor's repayment plan.  See 11 U.S.C. § C1306.  In order to effectuate debtor's plan;

      IT IS HEREBY ORDERED that, until the Chapter 13 Trustee identified below directs otherwise, in writing, the debtors employer,

      DOT Transportation, Inc.
      Attention:  Payroll Department
      1 DOT Way,   P.O. Box 192
      Mt. Sterling, IL 62353

shall deduct from debtor's earnings the sum of SEE PAYMENT SCHEDULE beginning the first pay period following the receipt of this Order and every pay period thereafter, including any month in which the debtor receives periodic or lump sum payments for or on account of vacation, termination, or other benefits arising out of present or past employment.  Said sums shall be remitted to the Chapter 13 Trustee.

**PAYMENT SCHEDULE:**
  $1,300 commencing now through January, 2018, then
  $1,400 commencing February, 2018 through January, 2019, then
  $1,500 commencing February, 2019 through the remaining term of the plan.

MAIL TO:    KATHLEEN A. MCCALLISTER
                  CHAPTER 13 TRUSTEE
                  P.O. BOX 720
                  MEMPHIS TN  38101-0720

**IT IS FURTHER ORDERED** that said employer shall notify the Chapter 13 Trustee if debtor's employment is terminated and the reason for such termination.

**IT IS FURTHER ORDERED** that all earnings and wages of the debtor, except the amounts required to be withheld by provisions of any laws of the United States, laws of other states or political subdivisions, agreements between employer and debtor regarding insurance, pension or union dues, or Orders of this Court, shall be paid to the debtor in accordance with the employer's usual payroll procedure.

**IT IS FURTHER ORDERED** that the employer shall not deduct any sums from the debtor's earnings on account of any garnishment, wage assignment, or other purpose not specifically authorized by this Court or by applicable law.

**IT IF FURTHER ORDERED** that this Order supersedes previous Orders of this Court, if any, made to the debtor's employer in this case. //end of text//

DATED: August 24, 2017                    STEPHEN W. KENYON, CLERK
                                          U.S. BANKRUPTCY COURT

                                          By: /s/ *Dana R. Hoyle*
                                          Dana R. Hoyle
                                          Deputy Clerk

**Submitted by:**
**Kathleen A. McCallister, Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100**